## **EXHIBIT A**

Sprint Spectrum, L.P.
   1. General Partner:
      a. Sprint Spectrum Holding Company, L.P.
         i. General and Limited Partners:
            1. Sprint Enterprises, L.P.
               a. General and Limited Partners:
                  i. US Telecom, Inc.
                     1. Principal Place of Business: **Kansas**
                     2. State of Incorporation: **Kansas**
                  ii. UCOM, Inc.
                     1. Principal Place of Business: **Kansas**
                     2. State of Incorporation: **Missouri**
            2. SWV One Telephony Partnership
               a. Partners:
                  i. SWV One, Inc.
                     1. Principal Place of Business: **Kansas**
                     2. State of Incorporation: **Delaware**
                  ii. SWV Two, Inc.
                     1. Principal Place of Business: **Kansas**
                     2. State of Incorporation: **Delaware**
            3. SWV Six, Inc.
               a. Principal Place of Business: **Kansas**
               b. State of Incorporation: **Colorado**
            4. SWV Two Telephony Partnership
               a. Partners:
                  i. SWV Three, Inc.
                     1. Principal Place of Business: **Kansas**
                     2. State of Incorporation: **Delaware**
                  ii. SWV Four, Inc.
                     1. Principal Place of Business: **Kansas**
                     2. State of Incorporation: **Delaware**
   2. Limited Partner:
      a. Minorco, L.P.
         i. General and Limited Partners:
            1. Sprint Enterprises, L.P.
               a. General and Limited Partners:
                  i. US Telecom, Inc.
                     1. Principal Place of Business: **Kansas**
                     2. State of Incorporation: **Kansas**
                  ii. UCOM, Inc.
                     1. Principal Place of Business: **Kansas**
                     2. State of Incorporation: **Missouri**
            2. SWV One Telephony Partnership
               a. Partners:

     i. SWV One, Inc.
      1. Principal Place of Business: **Kansas**
      2. State of Incorporation: **Delaware**
     ii. SWV Two, Inc.
      1. Principal Place of Business: **Kansas**
      2. State of Incorporation: **Delaware**
3. SWV Six, Inc.
  a. Principal Place of Business: **Kansas**
  b. State of Incorporation: **Colorado**
4. SWV Two Telephony Partnership
  a. Partners:
    i. SWV Three, Inc.
     1. Principal Place of Business: **Kansas**
     2. State of Incorporation: **Delaware**
    ii. SWV Four, Inc.
     1. Principal Place of Business: **Kansas**
     2. State of Incorporation: **Delaware**