**ATTORNEY'S NAME:** Rebennack Jr, Albert   18677
**AND ADDRESS:** 2202 Ave B,
Metairie   LA 70001

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2011 -- 10280   1   DIVISION: B   SECTION: 15

PIXLEY, RYAN VERSUS SPRINT SPECTRUM, L.P.

## CITATION

**TO:** SPRINT SPECTRUM, L.P.
THROUGH: REGISTERED AGENT: THE PRENTICE HALL CORPORATION SYSTEM, INC.
320 SOMERULOS STREET

BATON ROUGE   LA   70802-6129

**YOU HAVE BEEN SUED:**

IN FORMA PAUPERIS

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   October 4, 2011   .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On SPRINT SPECTRUM, L.P. | On SPRINT SPECTRUM, L.P. |
| THROUGH: REGISTERED AGENT: THE PRENTICE HALL CORPORATION SYSTEM, INC. | THROUGH: REGISTERED AGENT: THE PRENTICE HALL CORPORATION SYSTEM, INC. |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ SPRINT SPECTRUM, L.P. |
| Returned same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ | |
| _____/ ENTERED /_____ PAPER            RETURN ____/_____/_____ SERIAL NO.  DEPUTY  PARISH | being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of _____ |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 11-10290       DIVISION

RYAN PIXLEY

versus

SPRINT SPECTRUM, L.P.

FILED: _____       _____
                                              DEPUTY CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## IN FORMA PAUPERIS PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Ryan Pixley, a person of the full age of majority and resident of St. Tammany Parish, who with respect represents the following:

I.

Made defendant herein Sprint Spectrum, L.P., a local partnership licensed to do and doing business in the parish of Orleans, State of Louisiana, and at all times mentioned hereinafter was the owner, maintainer and operator of the building and business where the accident occurred causing injury to plaintiff on or about March 3, 2011, located at 3951 Erato Street, New Orleans, Louisiana, 70125, upon information and belief is located in the parish of Orleans, State of Louisiana.

II.

That on or about March 3, 2011, your petitioner, Ryan Pixley, fell down a flight of stairs causing injury to his right ankle, right knee, lumbar, shoulder, hip and neck. This was an unreasonable dangerous condition which caused this accident.

III.

Plaintiff avers that a sole and proximate cause of the forgoing accident was due to the negligence of the defendant, Sprint Spectrum, L.P., in the following respects;

1.) Failed to properly inspect the area where accident occurred

2.) Failing to properly maintain and inspect and repair said premises;

3.) Failure to clean said area

4.) Failing to use reasonable and prudent care under the circumstances.

5.) Failing to warn of the unreasonable dangerous condition.

6.) Failing to provide lighting in the area where the incident occurred.

7.) Any and all other acts of negligence which may be revealed between now and the time

of trial all in violation of the laws and ordinances of the parish of Orleans and the State of Louisiana as if copied herein in extenso.

V.

Moreover, plaintiff avers that as a direct result of the aforementioned accident he has sustained severe and disabling injuries to his right ankle, right knee, lumbar, shoulder, hip and neck.

VI.

Plaintiff avers that as a direct result of the aforementioned accident, he has sustained damages in the following respects:

1) Physical pain and suffering – Past, present and future.

2) Mental anguish – Past, present and future.

3) Medical expenses – Past, present and future.

4) Loss of enjoyment of life – Past, present and future; and

5) Lost wages and loss of earning capacity- Past, present and future.

VI.

Plaintiff avers that his damages exceed $50,000.00 and prays for an amount of damages deemed fit by the trier of fact under the circumstances. Because of poverty and lack of means your petitioner desires to proceed In Forma Pauperis.

WHEREFORE, plaintiff prays that a copy of this petition be duly cited and served upon the defendants, and that after due proceedings are had, there be judgment herein in favor of plaintiff, Ryan Pixley, and against the defendants, Sprint Spectrum, L.P., jointly, severally and in solido, in the full and true sum fixed by this Honorable Court, together with legal interest thereon from the date of judicial demand, until paid, and for all costs of these proceedings and for all general and equitable relief.

Respectfully submitted,

_____
A.J. REBENNACK, Bar No. 18677
2325 North Hullen Street, Suite 104
Metairie, LA 70001
Telephone No. (504) 831-3325
Facsimile No. (504) 831-1203

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

PLEASE SERVE:
Sprint Spectrum
Through registered agent:
The Prentice Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO._____    DIVISION_____

RYAN PIXLEY

versus

Sprint Spectrum, L.P.

FILED:_____    _____
                                            DEPUTY CLERK

### REQUEST FOR NOTICE

TO:  Clerk of Court
     Dale Atkins
     421 Loyola Avenue, Room 402
     New Orleans, Louisiana 70112

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of hearing of any pleadings or motions herein, at least ten days (10) days before any trial or hearing date.

We also request notice of the signing of any final judgment or of the rendition of any interlocutory order of judgment in said causes provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

_____
A.J. REBENNACK, Bar No. 18677
2325 North Hullen Street, Suite 104
Metairie, LA 70001
Telephone No. (504) 831-3325
Facsimile No. (504) 831-1203

*In Forma Pauperis* Affidavit

Ryan Pixley _____ NUMBER: _____, SECTION _____
_____ CIVIL DISTRICT COURT

VERSUS

Sprint Spectrum, L.P. _____ ORLEANS PARISH, LOUISIANA
_____

FILED 2011 SEP 26 P 4 32 CIVIL DISTRICT COURT

All questions must be answered in full
Clients of Federally Chartered Legal Services
Corporations only answer questions 1-8 and 11-13.

1. Full Name Ryan Pixley
   SS# 428 61 8331   Date of Birth 11/25/84   Sex Male
   (Optional)

2. Address 1930 Viola Street
   (Box # or Street Address)
   Mandeville, Louisiana 70448
   (City)    (State & Zip Code)

3. Telephone # (601) 215-6017
   (Home)                    (Work)

4. Are you a Student? NO   If yes, please indicate the name of the school that you are attending. _____

5. What is your Occupation? U/E/DISABLE  Are you employed? NO  If yes, please indicate the name of your employer _____
   Employer's Address _____ Phone # _____
   How long have you been so employed? _____

   If no, please list the name of your last employer RIGHT TECH
   If you are unemployed, how long have you been unemployed? 6 MONTHS

6. Income: Weekly Wages $ 0   Monthly Wages $ 0
   Monthly Deductions: Federal Income Tax _____ FICA _____
   Other Deductions _____ Any other income: _____
   Is your income less than or equal to 125% of the federal poverty level? _____

7. Marital Status:
   Single __✓__ Married _____ Separated _____ Divorced _____
   Widowed _____ Concubine _____
   How many children do you support who are under 18? __2__
   How many children live with you? _____
   Do you have any other dependants? State names, ages, and relationship: _____

   Is your spouse employed? _____
   If yes, please indicate the name of your spouse's employer _____
   Spouse's Employer's Address _____
   Phone # _____ Wages: Weekly $ _____ Monthly $ _____

8. Do you or your Spouse receive any of the following income or support? _____
   If yes, state the amount: _____
   SSI _____ TANF _____ Child Support _____
   Disability _____ Workers Comp $1708.80 Rent Supplement _____
   Unemployment Benefits _____ Food Stamps _____

If you listed any income or support in question 8, proceed to questions 11-13.

9. Do you own or have an interest in any of the following? (Including community property)

   (A) House ∅  Value $ ∅  Balance owed $ ∅
   (B) Auto ∅  Value $ ∅  Balance owed $ ∅
   (C) Truck ∅  Value $ ∅  Balance owed $ ∅
   (D) Watercraft ∅  Value $ ∅  Balance owed $ ∅
   (E) Livestock ∅  Value $ ∅  Balance owed $ ∅
   (F) Machinery ∅  Value $ ∅  Balance owed $ ∅
   (G) Stock ∅  Value $ ∅
   (H) Bonds ∅  Value $ ∅
   (I) Certificates of Deposit ∅  Value $ ∅
   (J) Other Immovable Property ∅  Equity $ ∅  Debt $ ∅
   (K) Bank Account Value $ ∅  Name and location of bank ∅

10. Please list your monthly expenses:
    Rent $ 1600.00          Lot Rent $ _____           House Note $ _____
    Gas $ 60.00             Electric $ 150.00           Water $ _____
    Phone $ 45.00           Cable $ 100.00              Garbage $ _____
    Property Taxes $ _____ House Ins. $ _____         Med. Ins. $ _____
    Medical Expenses $ ____ Dental Expenses $ _____    Prescriptions $ _____
    Life Ins. $ _____      Car Note $ _____           Car Ins. $ _____
    Transportation $ 150.00 Food $ 200.00               Barber/Beauty $ _____
    Entertainment $ _____  Child Support $ 300.00      Daycare $ _____
    Cleaning Supplies & Toiletries $ 200.00   Other $ _____
    Support for children other than those of this marriage $ _____
    Garnishment $ _____

Credit Cards: (List type of card and monthly payment)

| | $ | | $ |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

Loans: (List the financial institution and the amount you pay monthly)

| Santa Ana Mutuals | 420.00 | | $ |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

TOTAL MONTHLY EXPENSES $ 3225.00

11. Does anyone regularly help you pay your expenses? __Yes__ If yes, state that person's name and relationship to you. __Charolette McKay - girlfriend__

    Do you have any additional income or assets that are not shown above? If yes, please explain.

    _____

12. What arrangements have you made to pay your attorney's fee and what amount, if any, have you paid? (You are required to answer fully.) __40% Contingency Fee__

13. Has your attorney explained to you that it is a crime punishable by imprisonment to intentionally give a false answer to any of the above questions? __Yes__

State of Louisiana

Parish of __Washington__

Before the undersigned authority personally came and appeared: __Ryan Pixley__, who after being duly sworn deposed and said:

1. (S)he is the person who furnished the information above; that (s)he has signed this petition; that the information is furnished to the court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue or furnishing security therefor.

2. That the foregoing petition and that all allegations of fact therein contained are true and correct; and that because of his/her poverty and want of means, (s)he is unable to pay the costs of court in advance or as they accrue, nor is (s)he able to provide bond therefor.

X _____
Applicant's Signature

NOTICE

Although you may be granted the privilege of proceeding without prepayment of costs, should judgment be rendered against you, YOUR STATUS AS A PAUPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS.

The privilege to proceed *IN FORMA PAUPERIS* is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them or to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding in forma pauperis if (s)he is entitled to do so.

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in ___Franklinton___, Louisiana this ___14th___ day of ___September___, 20_11_.

_____
Notary Public   Benny B. Burris #79776

THIRD PARTY AFFIDAVIT

BEFORE ME, personally came and appeared: ___Charlotte McKay___, who after being sworn, deposed and said that (s)he knows ___Ryan Pixley___ well and that (s)he knows that because of his/her poverty and want of means, (s)he is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide bond therefor.

X ___Charlotte D. McKay___
Affiant

SWORN TO AND SUBSCRIBED before me this ___14th___ day of ___September___, 20_11_.

_____
Benny B. Burris #79786   Notary Public

LEGAL SERVICES DECLARATION

BEFORE ME, personally came and appeared: _____ who is a duly authorized representative of Acadiana Legal Services Corporation, Capital Area Legal Services, Kisatchie Legal Services Corporation, New Orleans Legal Services Corporation, North Louisiana Legal Assistance Corporation, Northwestern Legal Services Corporation, Southeast Louisiana Legal Services Corporation, Southwest Louisiana Legal Services Society, or a pro bono program receiving referrals from one of the aforementioned organizations, states that _____ has produced evidence that (s)he receives public assistance benefits, or that (s)he has qualified to receive free legal services based on his/her income being less than or equal to 125% of the federal poverty level and therefore is entitled to a rebuttable presumption that (s)he is entitled to the privilege of litigating without prior payment of costs.

_____
Legal Services/Pro Bono Representative

ORDER

Considering the foregoing Petition and Affidavits let ___Ryan Pixley___, prosecute or defend this litigation in accordance with Louisiana Code of Civil Procedure, Article 5181, without paying the costs in advance or as they accrue or furnishing security therefor.

_____
Judge     A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

Page 4 of 4

E.B.R. SHERIFF'S OFFICE
OCT 17 2011
RECEIVED