UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RYAN PIXLEY | NO:  2:11-cv-02788 |
| VERSUS | JUDGE MARY ANN VIAL LEMMON |
| SPRINT SPECTRUM, L.P. | MAGISTRATE DANIEL KNOWLES, III |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **THIRD PARTY COMPLAINT**

NOW INTO COURT, through undersigned counsel, come defendants, BellSouth Telecommunications, LLC ("BST") and AT&T Services, Inc. ("AT&T"), and in their Third Party Complaint, aver as follows:

I.

Made Third Party Defendant herein is Electric Insurance Company, a foreign insurer authorized to do and doing business in this State and district.

II.

The Court has supplemental jurisdiction of this Third Party Complaint pursuant to 28 U.S.C. §1367.

III.

BST and AT&T are named as defendants in the original petition filed by plaintiff, Ryan Pixely ("plaintiff"), for alleged personal injury caused by a trip and fall in the rear

stairwell of BST's facility located at 2951 Erato Street in New Orleans on March 3, 2011.

IV.

At the time of the accident, plaintiff was working for Rightech, a subcontractor of cross-defendant, Lineage Power. Lineage Power was performing work at the facility pursuant to an EF&I Program Master Agreement between Lineage Power and AT&T ("the Agreement").

V.

Pursuant to the Agreement, Lineage Power is required to indemnify, hold harmless, and defend BST and AT&T in the instant matter.

VI.

Despite its obligations under the Agreement, Lineage Power has refused to assume the defense of BST and AT&T.

VII.

Third Party Defendant, Electric Insurance Company, issued Commercial General Liability Policy No. GL 11-1 to General Electric Company, which provides coverage for BST's and AT&T's claim for defense and indemnity against Lineage Power.

WHEREFORE, defendants/cross-claimants/third party plaintiffs, BellSouth Telecommunications, LLC and AT&T Services, Inc., pray for judgment in their favor and against cross-defendant, Lineage Power Corporation, and third party defendant, Electric

Insurance Company, for full defense and indemnity and for all general and equitable relief to which defendants/ cross-claimants/third party plaintiffs may be entitled.

                      Respectfully submitted,

                      /s/ David F. Bienvenu
David F. Bienvenu, T.A. (#3070)
Joshua M. Hudson, (#31196)
SIMON, PERAGINE, SMITH & REDFEARN, LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163
Telephone: (504) 569-2030
Telecopier: (504) 569-2999
davidb@spsr-law.com
joshh@spsr-law.com
Counsel for BellSouth Telecommunications, LLC and AT&T Services, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 14th day of August, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel for the defendant and plaintiffs in this matter.

                      /s/ David F. Bienvenu
David F. Bienvenu